FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
Suite 300
3257 East Guasti Road
Ontario, California  91761
Telephone:   909.390.3770
Facsimile:   909.974.2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET FIELDS,<br><br>     Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; CINGULAR WIRELESS LONG TERM DISABILITY PLAN,<br><br>     Defendant | Case No.: 1:06-cv-01134-AWI-DLB<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff JANET FIELDS, and defendant METROPOLITAN LIFE INSURANCE COMPANY; CINGULAR WIRELESS LONG TERM DISABILITY PLAN, and their attorneys of record, that the parties have

resolved this matter in its entirety.

    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated:  July 6, 2007        SHERNOFF BIDART & DARRAS, LLP

_____
FRANK N. DARRAS
Attorneys for Plaintiff, JANET FIELDS,

Dated:  July __, 2007        SEDGWICK, DETERT, MORAN & ARNOLD, LLP

_____
REBECCA A. HULL
MICHAEL N. WESTHEIMER
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY;
CINGULAR WIRELESS LONG TERM DISABILITY PLAN,

# O R D E R

**Pursuant to the parties' stipulation, the Clerk of the Court is DIRECTED to close this case.**

IT IS SO ORDERED.

**Dated:   July 11, 2007**        **/s/ Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE